AO 245B (Rev 12/10) Judgment in a Criminal Case for Revocations Sheet 1

# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**Aero Nez** | **Judgment in a Criminal Case**<br>(For Revocation of Probation or Supervised Release)<br><br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 1:11CR01526-001JB<br>USM Number: **62367-051**<br>Defense Attorney: **Greg Acton, Appointed** |

THE DEFENDANT:

☒  admitted guilt to violations of condition(s) **Standard, Special** of the term of supervision.

☐  was found in violation of condition(s)  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Standard Condition | The defendant failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. | 06/23/2015 |

The defendant is sentenced as provided in pages 1 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)  and is discharged as to such violation(s).

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| **8971**<br>Last Four Digits of Defendant's Soc. Sec. No. | **August 31, 2015**<br>Date of Imposition of Judgment |
| **1988**<br>Defendant's Year of Birth | **/s/ James O. Browning**<br>Signature of Judge |
| **shiprock, NM**<br>City and State of Defendant's Residence | **Honorable James O. Browning**<br>**United States District Judge**<br>Name and Title of Judge |
| | **September 14, 2015**<br>Date Signed |

AO 245B (Rev 12/10) Sheet 1 – Judgment in a Criminal Case for Revocations Sheet 1A                               Judgment - Page 2 of 3

Defendant: **Aero Nez**
Case Number: **1:11CR01526-001JB**

## ADDITIONAL VIOLATIONS

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Special Condition | The defendant failed to refrain from the use and possession of alcohol. | 06/23/2015 |

AO 245B (Rev 12/10) Judgment in a Criminal Case for Revocations  
Sheet 2 - Imprisonment

Judgment - Page 3 of 3

Defendant: **Aero Nez**  
Case Number: **1:11CR01526-001JB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **14 days**.

**For the reasons stated on the record at the hearing held August 31, 2014, the Court varies downward.**

**A term of supervised release is not reimposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:
- ☒ at 4:00 p.m. on August 31, 2015
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
- ☐ before 2 p.m. on
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a Certified copy of this Judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL